**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
0 Valuation of Security          0 Assumption of Executory Contract or Unexpired Lease          0 Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:  **Abdibassid Mamme**
        **Ken Widowati Mamme**

Case No.: **18-31968**
Judge: **ABA**

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original          ■ Modified/Notice Required          Date: **01/31/2019**
☐ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ■ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ■ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☐ DOES ■ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney **ALM**     Initial Debtor: **A M**     Initial Co-Debtor **KWM**

## Part 1: Payment and Length of Plan

a. The debtor shall pay **$1,540.00 Monthly for 60 months** to the Chapter 13 Trustee, starting on **February 01, 2019** for approximately **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ■ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection     **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Andrew L. Miller | Attorney Fees | 1,000.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
  Check one:
  ■ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Midland Mortgage** | **815 Flora Court Galloway, NJ 08201  Atlantic County** | 11,270.53 | 0.00 | 11,270.40 | 1,034.53 |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **PHH Mortgage Services** | **3404 Juniper Court Mays Landing, NJ 08330  Atlantic County** | 11,626.53 | 0.00 | 11,626.53 | 408.06 |

### c. Secured claims excluded from 11 U.S.C. 506: ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ■ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### e. Surrender ■ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|

### f. Secured Claims Unaffected by the Plan ☐ NONE

The following secured claims are unaffected by the Plan:

Creditor
**Ally Financial**
**PHH Mortgage Services**
**Toyota Financial Services**
**Wells Fargo Home Equity**

### g. Secured Claims to be Paid in Full Through the Plan ■ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

## Part 5: Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐  Not less than $____ to be distributed *pro rata*

■  Not less than __100__ percent

☐  *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6: Executory Contracts and Unexpired Leases    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

| **Part 7: Motions** | **X NONE** |
|---|---|

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ■ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ■ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ■ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

| **Part 8: Other Plan Provisions** |
|---|

a. **Vesting of Property of the Estate**
   - ■ Upon Confirmation
   - ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**

5) **Priority Claims**
6) **General Unsecured Claims**

### d. Post-Petition Claims

The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **November 05, 2018**.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| (1) Secured Creditor, MidFirst Bank's proof of claim totaled $11,270.83 so Debtor must amend to increase the plan payment to cure 100% of said creditor's arrears.<br>(2) Secured Creditor, PHH Mortgage proof of claim totaled $11,626.53 so debtor must amend the plan to cure 100% of said creditor's arrears. | (1) Debtor is increasing the plan payment from $1,457.00 per month to $1,540.00 for the remaining 58 months of the plan. The increase allows for 100% payment of MidFirst's & PHH Mortgage's respective POC. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ■ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
■ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **January 31, 2019**    /s/ **Abdibassid Mamme**
**Abdibassid Mamme**
Debtor

Date: **January 31, 2019**    /s/ **Ken Widowati Mamme**
**Ken Widowati Mamme**
Joint Debtor

Date **January 31, 2019**    /s/ **Andrew L. Miller**
**Andrew L. Miller**
Attorney for the Debtor(s)

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                            Case No. 18-31968-ABA
Abdibassid Mamme                                                  Chapter 13
Ken Widowati Mamme
        Debtors
                                     CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 3              Date Rcvd: Feb 01, 2019
                               Form ID: pdf901             Total Noticed: 96


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2019.
db/jdb         +Abdibassid Mamme,    Ken Widowati Mamme,    3404 Juniper Court,    Mays Landing, NJ 08330-2927
517854336       AIM Galloway,   PO Box 786061,    Philadelphia, PA 19178-6061
517854341       AtlantiCare Physicians Group,    PO Box 786061,    Philadelphia, PA 19178-6061
517854340      +Atlantic Medical Imaging,    PO Box 1564,    Indianapolis, IN 46206-1564
517854344      +Capital One,   PO Box 60511,    City of Industry, CA 91716-0511
517955152       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517854346      +Chase Bank,   PO Box 15298,    Wilmington, DE 19850-5298
517969447      +Citibank, N.A.,    Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
517854347      +City of Greenbelt,    25 Crescent Road,    Greenbelt, MD 20770-1891
517854348      +City of Greenbelt,    550 Crescent Road,    Greenbelt, MD 20770-1600
517854353       Consumer Credit Center,    228 Park Avenue S,    #78483,   New York, NY 10003-1502
517854354      +Craner, Satkin, Scheer, Schwartz & Hanna,    PO Box 367,    Scotch Plains, NJ 07076-0367
517854355       Credit First - Firestone,    PO Box 81344,    Cleveland, OH 44188-0344
517854357     ++DIRECTV LLC,   ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,    PO Box 6550,    Englewood, CO 80155)
517854359      +District of Columbia GOVT,    One Judiciary Square,    441 4th Street, NW,    Suite 450, North,
                 Washington, DC 20001-2714
517854360       Exxon Mobil,   PO Box 78072,    Phoenix, AZ 85062-8072
517854361       Foster, Garbus, and Garbus,    60 Motor Park Way,    Commack, NY 11725-5710
517854362       GEICO,   One GEICO Plaza,    Bethesda, MD 20810-0001
517854363      +Horizon Eye Care,    9701 Ventnor Avenue,    Margate City, NJ 08402-2222
517854364      +IC System, Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
517854366      +Ladies Choice OB/GYN,    314 Chris Gaupp Drive,    Suite 101,    Galloway, NJ 08205-4464
517854371      +MRS BPO, LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
517854367      +Macy's,   Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
517854368      +Maryland Transportation Authority,    PO Box 17600,    Baltimore, MD 21297-1600
517968774      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517854370       Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
517854372       NJ EZ Pass,   McCarter Hwy,    Newark, NJ 07114
517854374       PAM, LLC-New Jersey E-ZPass,    PO Box 1642,    Milwaukee, WI 53201-1642
517854375       PHH Mortgage Services,    PO Box 5452,    Mount Laurel, NJ 08054-5452
517854377       ProCo,   PO Box 2462,    Aston, PA 19014-0462
517854378       Professional Account Management,    PO Box 37038,    Washington, DC 20013-7038
517854379      +Ragan & Ragan,    3100 Route 138 West,    Brinley Plaza,    Building One,    Wall, NJ 07719-9021
517854380       Recon Orthopedic Associates II PC,    PO Box 757910,    Philadelphia, PA 19175-7910
517854381      +Rickart Collection Systems,    575 Milltown Road,    PO Box 7242,
                 North Brunswick, NJ 08902-7242
517854382      +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
517854386      +SRA Associates,    401 Minnetonka Road,    Hi Nella, NJ 08083-2914
517854383       Saks Fifth Avenue,    PO Box 71106,    Charlotte, NC 28272-1106
517854384      +Shapiro & DeNardo, LLC,    14000 Commerce Parkway,    Suite B,    Mount Laurel, NJ 08054-2242
517854385       Solomon and Solomon,    Columbia Circle,    PO Box 15019,    Albany, NY 12212-5019
517854387       Sunoco, Inc.,    PO Box 78056,    Phoenix, AZ 85062-8056
517940336      +THE BNYM TRUST Company N.A. Trustee (See 410),    c/o PHH Mortgage Corporation,
                 One Mortgage Way Mail Stop SV01,    Mt. Laurel, New Jersey 08054-4637
517854397     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Box 5855,
                 Carol Stream, IL 60197-5855)
517854396      +Town of Forest Heights ATE,    Citations Processing Center,    PO Box 7200,
                 Beverly, MA 01915-0096
517854398       Toyota Motor Credit,    PO Box 105386,    Atlanta, GA 30348-5386
517929625       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517947477      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517854400      +Unifund CCR, LLC,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
517854401       Urgent Care Egg Harbor,    PO Box 786061,    Philadelphia, PA 19178-6061
517914229      +Vanz, LLC,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
517916005       Wells Fargo Bank, N.A.,    1000 Blue Gentian Road N9286-01Y,    Eagan, MN 55121-7700
517854402       Wells Fargo Home Equity,    PO Box 14529,    Des Moines, IA 50306-3529
517854403      +Wise Family Eye Center,    54 W Jimmie Leeds Rd,    Unit 15,    Galloway, NJ 08205-9438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 02 2019 02:05:42     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 02 2019 02:05:37     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517854337       E-mail/Text: ally@ebn.phinsolutions.com Feb 02 2019 02:04:31     Ally,   PO Box 380902,
                 Minneapolis, MN 55438-0902
517902692       E-mail/Text: ally@ebn.phinsolutions.com Feb 02 2019 02:04:31     Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Feb 01, 2019
                              Form ID: pdf901          Total Noticed: 96


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517854338      +E-mail/Text: ally@ebn.phinsolutions.com Feb 02 2019 02:04:31     Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
517854339      +E-mail/Text: bankruptcy@pepcoholdings.com Feb 02 2019 02:05:06     Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
517872541       E-mail/Text: bankruptcy@pepcoholdings.com Feb 02 2019 02:05:06
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
517854342       E-mail/Text: nicole.watts@atlanticare.org Feb 02 2019 02:04:28
                 Atlanticare Regional Medical Center PP,    PO Box 829600,    Philadelphia, PA 19182-9600
517854343       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 02 2019 02:09:13     Cabelas Club Visa,
                 PO Box 82519,    Lincoln, NE 68501-2519
517854345       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 02 2019 02:10:04     Capital One Bank,
                 PO Box 6492,    Carol Stream, IL 60197-6492
517904077       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 02 2019 02:10:06
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517854349       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 02 2019 02:05:23     Comenity - Boscov's,
                 PO Box 659622,    San Antonio, TX 78265-9622
517854350       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 02 2019 02:05:23     Comenity - Loft Mastercard,
                 PO Box 659569,    San Antonio, TX 78265-9569
517854351       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 02 2019 02:05:23     Comenity - Zales,
                 PO Box 659819,    San Antonio, TX 78265-9119
517854352       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 02 2019 02:05:23     Comenity Bank (Express),
                 PO Box 182273,    Columbus, OH 43218-2273
517854356       E-mail/PDF: creditonebknotifications@resurgent.com Feb 02 2019 02:09:45     Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
517854358       E-mail/Text: mrdiscen@discover.com Feb 02 2019 02:04:34     Discover,   PO Box 15316,
                 Wilmington, DE 19850-5316
517864383       E-mail/Text: mrdiscen@discover.com Feb 02 2019 02:04:34     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
517854365       E-mail/Text: bnckohlsnotices@becket-lee.com Feb 02 2019 02:04:41     Kohl's,
                 Kohl's Payment Center,    PO Box 2983,    Milwaukee, WI 53201-2983
517917696       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 02 2019 02:09:22     LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517877704       E-mail/Text: bkr@cardworks.com Feb 02 2019 02:04:25     MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517854369       E-mail/Text: bkr@cardworks.com Feb 02 2019 02:04:25     Merrick Bank,   PO Box 660702,
                 Dallas, TX 75266-0702
517854373       E-mail/Text: bnc@nordstrom.com Feb 02 2019 02:04:47     Nordstrom,   PO Box 79134,
                 Phoenix, AZ 85062-9134
517854376       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2019 02:09:16
                 Portfolio Recovery Associates,    Bankruptcy Dept,    PO Box 41067,    Norfolk, VA 23541-1067
517968339       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2019 02:10:07
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
517966968       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2019 02:20:57
                 Portfolio Recovery Associates, LLC,    c/o Amazon.com Store Card,    POB 41067,
                 Norfolk VA 23541
517966993       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2019 02:09:40
                 Portfolio Recovery Associates, LLC,    c/o Care Credit,    POB 41067,    Norfolk VA 23541
517966965       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2019 02:10:07
                 Portfolio Recovery Associates, LLC,    c/o Jc Penney Credit Card,    POB 41067,
                 Norfolk VA 23541
517966972       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2019 02:21:08
                 Portfolio Recovery Associates, LLC,    c/o Pep Boys,    POB 41067,    Norfolk VA 23541
517966547       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2019 02:10:07
                 Portfolio Recovery Associates, LLC,    c/o Score Rewards,    POB 41067,    Norfolk VA 23541
517967017       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2019 02:10:07
                 Portfolio Recovery Associates, LLC,    c/o Tjx,    POB 41067,    Norfolk VA 23541
517967015       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2019 02:09:41
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
517952905       E-mail/Text: bnc-quantum@quantum3group.com Feb 02 2019 02:05:27
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
517952906       E-mail/Text: bnc-quantum@quantum3group.com Feb 02 2019 02:05:28
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
517854388       E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2019 02:10:00     SYNC/Dicks,   PO Box 965036,
                 Orlando, FL 32896-5036
517854389      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2019 02:09:10     SYNCB/JC Penney,   PO Box 965007,
                 Orlando, FL 32896-5007
517854390       E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2019 02:09:35     SYNCB/Wal-mart,   PO Box 965024,
                 El Paso, TX 79998
517856912      +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2019 02:09:35     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517854391       E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2019 02:09:10     Synchrony Bank,   PO Box 960061,
                 Orlando, FL 32896-0061
517854392       E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2019 02:10:01     Synchrony Bank/Amazon,
                 PO Box 960013,    Orlando, FL 32896-0013
```

```
District/off: 0312-1           User: admin                Page 3 of 3                   Date Rcvd: Feb 01, 2019
                               Form ID: pdf901            Total Noticed: 96
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517854393        +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2019 02:09:11      Synchrony Bank/Care Credit,
                  PO Box 965036,    Orlando, FL 32896-5036
517854394         E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2019 02:10:01      Synchrony Bank/PEP Boys,
                  PO Box 960061,    Orlando, FL 32896-0061
517854395         E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2019 02:10:00      Synchrony Bank/TJX Rewards,
                  PO Box 965016,    Orlando, FL 32896-5016
517854399         E-mail/Text: bankruptcydepartment@tsico.com Feb 02 2019 02:06:56       Transworld Systems,
                  PO Box 15110,    Wilmington, DE 19850-5110
                                                                                                 TOTAL: 44

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2019                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2019 at the address(es) listed below:
```
              Andrew L. Miller    on behalf of Debtor Abdibassid  Mamme millerar85252@notify.bestcase.com
              Andrew L. Miller    on behalf of Joint Debtor Ken Widowati Mamme millerar85252@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 6
```