Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 18−31968−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Abdibassid Mamme                               Ken Widowati Mamme
   3404 Juniper Court                               aka Ken Widowati
   Mays Landing, NJ 08330                      3404 Juniper Court
                                                           Mays Landing, NJ 08330

Social Security No.:
   xxx−xx−7037                                       xxx−xx−8569

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on March 11, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 11, 2019
JAN: bc

                                                                                       Jeanne Naughton
                                                                                       Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-31968-ABA
Abdibassid Mamme                                                      Chapter 13
Ken Widowati Mamme
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                Page 1 of 3            Date Rcvd: Mar 11, 2019
                              Form ID: 148               Total Noticed: 96

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 13, 2019.
db/jdb         +Abdibassid Mamme,    Ken Widowati Mamme,    3404 Juniper Court,    Mays Landing, NJ 08330-2927
517854336       AIM Galloway,    PO Box 786061,    Philadelphia, PA 19178-6061
517854341       AtlantiCare Physicians Group,    PO Box 786061,    Philadelphia, PA 19178-6061
517854340      +Atlantic Medical Imaging,    PO Box 1564,    Indianapolis, IN 46206-1564
517854344      +Capital One,    PO Box 60511,    City of Industry, CA 91716-0511
517854347      +City of Greenbelt,    25 Crescent Road,    Greenbelt, MD 20770-1891
517854348      +City of Greenbelt,    550 Crescent Road,    Greenbelt, MD 20770-1600
517854353       Consumer Credit Center,    228 Park Avenue S,    #78483,    New York, NY 10003-1502
517854354      +Craner, Satkin, Scheer, Schwartz & Hanna,    PO Box 367,    Scotch Plains, NJ 07076-0367
517854359      +District of Columbia GOVT,    One Judiciary Square,    441 4th Street, NW,    Suite 450, North,
                 Washington, DC 20001-2714
517854360       Exxon Mobil,    PO Box 78072,    Phoenix, AZ 85062-8072
517854361       Foster, Garbus, and Garbus,    60 Motor Park Way,    Commack, NY 11725-5710
517854362       GEICO,    One GEICO Plaza,    Bethesda, MD 20810-0001
517854363      +Horizon Eye Care,    9701 Ventnor Avenue,    Margate City, NJ 08402-2222
517854366      +Ladies Choice OB/GYN,    314 Chris Gaupp Drive,    Suite 101,    Galloway, NJ 08205-4464
517854371      +MRS BPO, LLC,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
517854368      +Maryland Transportation Authority,    PO Box 17600,    Baltimore, MD 21297-1600
517968774      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517854370       Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
517854372       NJ EZ Pass,    McCarter Hwy,    Newark, NJ 07114
517854374       PAM, LLC-New Jersey E-ZPass,    PO Box 1642,    Milwaukee, WI 53201-1642
517854375       PHH Mortgage Services,    PO Box 5452,    Mount Laurel, NJ 08054-5452
517854377       ProCo,    PO Box 2462,    Aston, PA 19014-0462
517854378       Professional Account Management,    PO Box 37038,    Washington, DC 20013-7038
517854379      +Ragan & Ragan,    3100 Route 138 West,    Brinley Plaza,    Building One,    Wall, NJ 07719-9021
517854380       Recon Orthopedic Associates II PC,    PO Box 757910,    Philadelphia, PA 19175-7910
517854381      +Rickart Collection Systems,    575 Milltown Road,    PO Box 7242,
                 North Brunswick, NJ 08902-7242
517854382      +Rothman Institute,    925 Chestnut Street,    Philadelphia, PA 19107-4290
517854386      +SRA Associates,    401 Minnetonka Road,    Hi Nella, NJ 08083-2914
517854383       Saks Fifth Avenue,    PO Box 71106,    Charlotte, NC 28272-1106
517854384      +Shapiro & DeNardo, LLC,    14000 Commerce Parkway,    Suite B,    Mount Laurel, NJ 08054-2242
517854385       Solomon and Solomon,    Columbia Circle,    PO Box 15019,    Albany, NY 12212-5019
517854387       Sunoco, Inc.,    PO Box 78056,    Phoenix, AZ 85062-8056
517940336      +THE BNYM TRUST Company N.A. Trustee (See 410),    c/o PHH Mortgage Corporation,
                 One Mortgage Way Mail Stop SV01,    Mt. Laurel, New Jersey 08054-4637
517854396      +Town of Forest Heights ATE,    Citations Processing Center,    PO Box 7200,
                 Beverly, MA 01915-0096
517947477      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517854400      +Unifund CCR, LLC,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
517854401       Urgent Care Egg Harbor,    PO Box 786061,    Philadelphia, PA 19178-6061
517914229      +Vanz, LLC,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
                 Parsippany, NJ 07054-4609
517854403      +Wise Family Eye Center,    54 W Jimmie Leeds Rd,    Unit 15,    Galloway, NJ 08205-9438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2019 00:25:25     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2019 00:25:23     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517854337       EDI: GMACFS.COM Mar 12 2019 03:58:00     Ally,    PO Box 380902,    Minneapolis, MN 55438-0902
517902692       EDI: GMACFS.COM Mar 12 2019 03:58:00     Ally Financial,    PO Box 130424,
                 Roseville MN 55113-0004
517854338      +EDI: GMACFS.COM Mar 12 2019 03:58:00     Ally Financial,    PO Box 380901,
                 Minneapolis, MN 55438-0901
517854339      +E-mail/Text: bankruptcy@pepcoholdings.com Mar 12 2019 00:24:53     Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
517872541       E-mail/Text: bankruptcy@pepcoholdings.com Mar 12 2019 00:24:54
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
517854342       E-mail/Text: nicole.watts@atlanticare.org Mar 12 2019 00:24:20
                 Atlanticare Regional Medical Center PP,    PO Box 829600,    Philadelphia, PA 19182-9600
517854343       EDI: CAPITALONE.COM Mar 12 2019 03:58:00     Cabelas Club Visa,    PO Box 82519,
                 Lincoln, NE 68501-2519
517854345       EDI: CAPITALONE.COM Mar 12 2019 03:58:00     Capital One Bank,    PO Box 6492,
                 Carol Stream, IL 60197-6492
517904077       EDI: CAPITALONE.COM Mar 12 2019 03:58:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517955152       EDI: BL-BECKET.COM Mar 12 2019 03:58:00     Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701

```
District/off: 0312-1            User: admin              Page 2 of 3               Date Rcvd: Mar 11, 2019
                                Form ID: 148             Total Noticed: 96


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517854346       +EDI: CHASE.COM Mar 12 2019 03:58:00      Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
517969447       +EDI: CITICORP.COM Mar 12 2019 03:58:00      Citibank, N.A.,    Citibank, N.A.,
                 701 East 60th Street North,    Sioux Falls, SD 57104-0493
517854349        EDI: WFNNB.COM Mar 12 2019 03:58:00      Comenity - Boscov’s,    PO Box 659622,
                 San Antonio, TX 78265-9622
517854350        EDI: WFNNB.COM Mar 12 2019 03:58:00      Comenity - Loft Mastercard,    PO Box 659569,
                 San Antonio, TX 78265-9569
517854351        EDI: WFNNB.COM Mar 12 2019 03:58:00      Comenity - Zales,    PO Box 659819,
                 San Antonio, TX 78265-9119
517854352        EDI: WFNNB.COM Mar 12 2019 03:58:00      Comenity Bank (Express),    PO Box 182273,
                 Columbus, OH 43218-2273
517854355        EDI: CRFRSTNA.COM Mar 12 2019 03:58:00      Credit First - Firestone,    PO Box 81344,
                 Cleveland, OH 44188-0344
517854356        EDI: RCSFNBMARIN.COM Mar 12 2019 03:58:00      Credit One Bank,    PO Box 60500,
                 City of Industry, CA 91716-0500
517854357        EDI: DIRECTV.COM Mar 12 2019 03:58:00      Direct TV,    PO Box 6550,    Englewood, CO 80155
517854358        EDI: DISCOVER.COM Mar 12 2019 03:58:00      Discover,    PO Box 15316,
                 Wilmington, DE 19850-5316
517864383        EDI: DISCOVER.COM Mar 12 2019 03:58:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
517854364       +EDI: IIC9.COM Mar 12 2019 03:58:00      IC System, Inc.,    PO Box 64378,
                 Saint Paul, MN 55164-0378
517854365        EDI: CBSKOHLS.COM Mar 12 2019 03:58:00      Kohl’s,    Kohl’s Payment Center,    PO Box 2983,
                 Milwaukee, WI 53201-2983
517854365        E-mail/Text: bncnotices@becket-lee.com Mar 12 2019 00:24:28      Kohl’s,    Kohl’s Payment Center,
                 PO Box 2983,    Milwaukee, WI 53201-2983
517917696        EDI: RESURGENT.COM Mar 12 2019 03:58:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517877704        EDI: MERRICKBANK.COM Mar 12 2019 03:58:00       MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
517854367       +EDI: TSYS2.COM Mar 12 2019 03:58:00      Macy’s,    Bankruptcy Processing,    PO Box 8053,
                 Mason, OH 45040-8053
517854369        EDI: MERRICKBANK.COM Mar 12 2019 03:58:00      Merrick Bank,    PO Box 660702,
                 Dallas, TX 75266-0702
517854373        E-mail/Text: bnc@nordstrom.com Mar 12 2019 00:24:40      Nordstrom,    PO Box 79134,
                 Phoenix, AZ 85062-9134
517854376        EDI: PRA.COM Mar 12 2019 03:58:00      Portfolio Recovery Associates,    Bankruptcy Dept,
                 PO Box 41067,    Norfolk, VA 23541-1067
517968339        EDI: PRA.COM Mar 12 2019 03:58:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
517966968        EDI: PRA.COM Mar 12 2019 03:58:00      Portfolio Recovery Associates, LLC,
                 c/o Amazon.com Store Card,    POB 41067,    Norfolk VA 23541
517966993        EDI: PRA.COM Mar 12 2019 03:58:00      Portfolio Recovery Associates, LLC,    c/o Care Credit,
                 POB 41067,    Norfolk VA 23541
517966965        EDI: PRA.COM Mar 12 2019 03:58:00      Portfolio Recovery Associates, LLC,
                 c/o Jc Penney Credit Card,    POB 41067,    Norfolk VA 23541
517966972        EDI: PRA.COM Mar 12 2019 03:58:00      Portfolio Recovery Associates, LLC,    c/o Pep Boys,
                 POB 41067,    Norfolk VA 23541
517966547        EDI: PRA.COM Mar 12 2019 03:58:00      Portfolio Recovery Associates, LLC,    c/o Score Rewards,
                 POB 41067,    Norfolk VA 23541
517967017        EDI: PRA.COM Mar 12 2019 03:58:00      Portfolio Recovery Associates, LLC,    c/o Tjx,
                 POB 41067,    Norfolk VA 23541
517967015        EDI: PRA.COM Mar 12 2019 03:58:00      Portfolio Recovery Associates, LLC,
                 c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
517952905        EDI: Q3G.COM Mar 12 2019 03:58:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
517952906        EDI: Q3G.COM Mar 12 2019 03:58:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
517854388        EDI: RMSC.COM Mar 12 2019 03:58:00      SYNC/Dicks,    PO Box 965036,    Orlando, FL 32896-5036
517854389       +EDI: RMSC.COM Mar 12 2019 03:58:00      SYNCB/JC Penney,    PO Box 965007,
                 Orlando, FL 32896-5007
517854390        EDI: RMSC.COM Mar 12 2019 03:58:00      SYNCB/Wal-mart,    PO Box 965024,    El Paso, TX 79998
517856912       +EDI: RMSC.COM Mar 12 2019 03:58:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517854391        EDI: RMSC.COM Mar 12 2019 03:58:00      Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
517854392        EDI: RMSC.COM Mar 12 2019 03:58:00      Synchrony Bank/Amazon,    PO Box 960013,
                 Orlando, FL 32896-0013
517854393       +EDI: RMSC.COM Mar 12 2019 03:58:00      Synchrony Bank/Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
517854394        EDI: RMSC.COM Mar 12 2019 03:58:00      Synchrony Bank/PEP Boys,    PO Box 960061,
                 Orlando, FL 32896-0061
517854395        EDI: RMSC.COM Mar 12 2019 03:58:00      Synchrony Bank/TJX Rewards,    PO Box 965016,
                 Orlando, FL 32896-5016
517854397        EDI: TFSR.COM Mar 12 2019 03:58:00      Toyota Financial Services,    PO Box 5855,
                 Carol Stream, IL 60197-5855
517854398        EDI: TFSR.COM Mar 12 2019 03:58:00      Toyota Motor Credit,    PO Box 105386,
                 Atlanta, GA 30348-5386
```

```
District/off: 0312-1          User: admin              Page 3 of 3             Date Rcvd: Mar 11, 2019
                              Form ID: 148             Total Noticed: 96

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517929625      EDI: BL-TOYOTA.COM Mar 12 2019 03:58:00      Toyota Motor Credit Corporation,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern   PA 19355-0701
517854399      E-mail/Text: bankruptcydepartment@tsico.com Mar 12 2019 00:26:03      Transworld Systems,
               PO Box 15110,    Wilmington, DE 19850-5110
517916005      EDI: WFFC.COM Mar 12 2019 03:58:00      Wells Fargo Bank, N.A.,
               1000 Blue Gentian Road N9286-01Y,    Eagan, MN 55121-7700
517854402      EDI: WFFC.COM Mar 12 2019 03:58:00      Wells Fargo Home Equity,    PO Box 14529,
               Des Moines, IA 50306-3529
                                                                                              TOTAL: 57

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 11, 2019 at the address(es) listed below:
              Andrew L. Miller    on behalf of Debtor Abdibassid   Mamme millerar85252@notify.bestcase.com
              Andrew L. Miller    on behalf of Joint Debtor Ken Widowati Mamme millerar85252@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```